**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 25-1940**

---

MIYUKI MAUREEN JOHNSON, as Trustee MMJ Foreign Express Trust and DK Johnson Estate Trust,

Plaintiff - Appellant,

v.

FREEDOM MORTGAGE CORPORATION; LOANDEPOT.COM, LLC; BROCK & SCOTT, PLLC,

Defendants - Appellees.

---

**No. 25-1941**

---

MIYUKI MAUREEN JOHNSON, as Trustee MMJ Foreign Express Trust,

Plaintiff - Appellant,

v.

DOMINION ENERGY SOUTH CAROLINA, INC.,

Defendant - Appellee.

**No. 25-1942**

MIYUKI MAUREEN JOHNSON, Trustee for Miyuki Maureen Johnson Irrevocable Trust,

Plaintiff - Appellant,

v.

SYNCHRONY BANK,

Defendant - Appellee.

**No. 25-1943**

MIYUKI MAUREEN JOHNSON, Trustee for MMJ Enterprise Foreign Express Trust,

Plaintiff - Appellant,

v.

CREDIT ACCEPTANCE CORPORATION,

Defendant - Appellee.

**No. 25-1944**

MIYUKI MAUREEN JOHNSON, Trustee for MMJ Enterprise Foreign Express Trust,

Plaintiff - Appellant,

v.

2

PALMETTO UTILITIES, INC.,

>Defendant - Appellee.

---

**No. 25-1945**

---

MIYUKI MAUREEN JOHNSON, Trustee for MMJ Enterprise Foreign Express Trust,

>Plaintiff - Appellant,

>v.

CITY OF COLUMBIA WATER,

>Defendant - Appellee.

---

**No. 25-1946**

---

MIYUKI MAUREEN JOHNSON, Trustee for MMJ Enterprise Foreign Express Trust,

>Plaintiff - Appellant,

>v.

CAREFREE RENTALS, LLC,

>Defendant - Appellee.

3

**No. 25-1947**

MIYUKI MAUREEN JOHNSON, Trustee of the Combined Johnson Family Trust Estate,

Plaintiff - Appellant,

v.

ONE MAIN FINANCIAL; PREMIER RECOVERY,

Defendants - Appellees.

**No. 25-1948**

MIYUKI MAUREEN JOHNSON, Trustee of the Combined Johnson Family Trust Estate,

Plaintiff - Appellant,

v.

NAVY FEDERAL CREDIT UNION; VYSTAR CREDIT UNION; USAA,

Defendants - Appellees.

Appeals from the United States District Court for the District of South Carolina, at Columbia.  Joseph F. Anderson, Jr., Senior District Judge.  (3:25-cv-06160-JFA; 3:25-cv-06161-JFA;  3:25-cv-06162-JFA;  3:25-cv-06163-JFA;  3:25-cv-06164-JFA;  3:25-cv-06165-JFA; 3:25-cv-06168-JFA; 3:25-cv-06263-JFA; 3:25-cv-06264-JFA)

Submitted:  April 23, 2026                                     Decided:  April 27, 2026

4

Before NIEMEYER, THACKER, and HARRIS, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Miyuki Maureen Johnson, Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

In these consolidated cases, Miyuki Maureen Johnson appeals the district court's orders accepting the recommendations of the magistrate judge and dismissing Johnson's civil actions as frivolous pursuant 28 U.S.C. § 1915(e)(2)(B)(i). Johnson filed nine substantially similar actions against eight private creditors and one municipal water utility, arising from Defendants' debt collection efforts. In each action, Johnson alleged that she created a trust, assigned encumbered assets to that trust, and sent Defendants various documents purportedly discharging her financial obligations. When Defendants did not accept those submissions or otherwise cease debt enforcement, Johnson sought monetary and injunctive relief.

We have reviewed the records and find no reversible error. The district court properly concluded that Johnson failed to demonstrate the existence of any lawful trust and that, even assuming a valid trust, Johnson could not proceed pro se on its behalf. The district court also correctly determined that Johnson's claims were frivolous, as they rely on a sovereign citizen theory to avoid debt repayment. Our independent review confirms that Johnson failed to present any nonfrivolous bases for relief.

Johnson also filed a motion to supplement the record. We deny that motion and affirm the district court's orders. *Johnson v. Freedom Mortg. Corp.*, No. 3:25-cv-06160-JFA (D.S.C. Aug. 8, 2025); *Johnson v. Dominion Energy S.C., Inc.*, No. 3:25-cv-06161-JFA (D.S.C. Aug. 8, 2025); *Johnson v. Synchrony Bank*, No. 3:25-cv-06162-JFA (D.S.C. Aug. 8, 2025); *Johnson v. Credit Acceptance Corp.*, No. 3:25-cv-06163-JFA (D.S.C. Aug. 8, 2025); *Johnson v. Palmetto Utils., Inc.*, No. 3:25-cv-06164-JFA (D.S.C. Aug. 8, 2025);

6

*Johnson v. City of Columbia Water*, No. 3:25-cv-06165-JFA (D.S.C. Aug. 8, 2025);

*Johnson v. Carefree Rentals, LLC*, No. 3:25-cv-06168-JFA (D.S.C. Aug. 8, 2025); *Johnson*

*v. One Main Fin.*, No. 3:25-cv-06263-JFA (D.S.C. Aug. 8, 2025); *Johnson v. Navy Fed.*

*Credit Union*, No. 3:25-cv-06264-JFA (D.S.C. Aug. 8, 2025).  We dispense with oral

argument because the facts and legal contentions are adequately presented in the materials

before this court and argument would not aid the decisional process.

*AFFIRMED*

7